598

Argued September 20, affirmed September 20, 1972

STATE OF OREGON, *Respondent, v.* JOSEPH
WILLIAM SAVAGE (No. 16920), *Appellant.*

500 P2d 1216

*Gary D. Babcock,* Public Defender, Salem, argued
the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. On the brief
were Lee Johnson, Attorney General, and John W.
Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and
THORNTON, Judges.

AFFIRMED FROM THE BENCH.